600 A.2d 1255

Joseph LEE, Jr., Administrator of the
Estate of Ethel M. Lee, Appellant,

v.

ALLSTATE LIFE INSURANCE COMPANY, Appellee.

Supreme Court of Pennsylvania.

Submitted Oct. 24, 1991.

Decided Jan. 17, 1992.

Brett A. Huckabee, Robin S. Levengood, Wyomissing, for appellant.

Bradley D. Miller, Reading, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

This appeal is dismissed as having been improvidently granted.

PAPADAKOS, J., notes his dissent.